IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT BAILEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF BELLEVUE, NEBRASKA, ) <br> ) <br> Defendant. ) | CI 4:18-CV-3132 <br><br> PLAINTIFF'S MOTION <br> TO COMPEL RFP No. 2 |

On February 6, 2020, Plaintiff served a third set of Request for Production of Documents upon defense counsel. The RFP at issue stated:

> REQUEST FOR PRODUCTION No. 2: "Copies of Mark Elbert's personnel file and other employment files relating to his performance and/or disciplinary actions. (documents relating to banking, health information, and/or beneficiary information may be excluded.)"

On March 6, 2020, Defendant interposed multiple objections to the RFP noted above. On May 29, 2020, counsel for the parties met and conferred with Magistrate Judge Nelson regarding the production of RFP No. 2 (and other discovery matters). During the May 29, 2020 conference call, the Court granted Plaintiff leave to file a motion to compel RFP No. 2. As will be more fully explained in the supporting brief, the information sought is discoverable, relevant, and probative to the instant action.

For the reasons set forth herein and as articulated in the accompanying brief, Plaintiff respectfully requests that the Court enter an Order compelling Defendant to produce all documents responsive to RFP No. 2.

s/Kathleen M. Neary<br>
Bar Number: 20212<br>
Attorney for Plaintiff<br>
Powers Law<br>
411 South 13th Street, Suite 300

1

                         Lincoln, NE 68508
                         (402) 474-8000
                         Fax: (402) 474-8000
                         E-mail: kathleen@vpowerslaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of July 2020, she filed the above and foregoing with the Clerk of the United States District Court using the CM/ECF case filing system which sent service to all counsel of record.

                         s/Kathleen M. Neary_____
                         Kathleen M. Neary