IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT BAILEY, | ) | CI 4:18-CV-3132 |
| | ) | |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S MOTION |
| vs. | ) | TO COMPEL DEFENDANT'S |
| CITY OF BELLEVUE, NEBRASKA, | ) | INTERROGATORY ANSWERS |
| | ) | AND DEFENDANT'S RESPONSES |
| Defendant. | ) | TO PLAINTIFF'S REQUESTS FOR |
| | ) | PRODUCTION (1st & 2nd Sets) |
| | ) | |

Plaintiff served timely interrogatories and two sets of Request for Production upon Defendant. In February 2020, the parties met and conferred about Defendant's discovery responses but were unable to resolve the discovery disputes that are the subject matter of the instant Motion to Compel. (Ex. 1)

Plaintiff seeks an Order Compelling Defendant to fully answer the following discovery:

Interrogatories:  3, 4, 8, 11, 15-26, 42 and 44,

Request for Production (first set):  15-18, 37, 42, 56, 63, 66 and

Request for Production (second set):  2c, 2d, 2e, 2f, 3a, 3b, 3d, 9, 12, 15, 18, 22, 41

(See Ex. 2, 3 and 4)

The information sought is relevant, probative, and/or likely to lead to the discovery of admissible evidence.

s/Kathleen M. Neary_____
Bar Number:  20212
Attorney for Plaintiff
Powers Law
411 South 13th Street, Suite 300
Lincoln, NE 68508
(402) 474-8000
Fax: (402) 474-8000
E-mail: kathleen@vpowerslaw.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that on the 31st day of July 2020, she filed the above and foregoing with the Clerk of the United States District Court using the CM/ECF case filing system which sent service to all counsel of record.

                                        s/Kathleen M. Neary_____
                                        Kathleen M. Neary