IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROBERT BAILEY,

               Plaintiff,

vs.

CITY OF BELLEVUE, NEBRASKA,
A POLITICAL SUBDIVISION OF
THE STATE OF NEBRASKA, AND
SARPY COUNTY SHERIFF'S
OFFICE,

               Defendants.

4:18-CV-3132


ORDER

This matter is before the Court on the City of Bellevue's objection (filing 177) to the Magistrate Judge's order (filing 169) denying the City's motion to compel (filing 118). A district court may reconsider a Magistrate Judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). Here, the Magistrate Judge's ruling was neither. Accordingly,

IT IS ORDERED that the City of Bellevue's objection (filing 177) is overruled.

Dated this 15th day of October, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge