IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT BAILEY, | |
| Plaintiff, | 4:18-CV-3132 |
| vs. | ORDER |
| CITY OF BELLEVUE, NEBRASKA, | |
| Defendant. | |

The parties have jointly moved the Court to issue a 13-page supplemental juror questionnaire to the venire. Filing 229. The Court will deny that motion.

The Court is not going to impose on the jury with an additional questionnaire in this case. In highly unusual cases, the Court will entertain a timely request for an additional supplemental jury questionnaire. This is not such a case. While this matter is undoubtedly important to the parties, it's not extraordinary: it doesn't, for instance, implicate any particularly sensitive or controversial issues, nor is there pervasive pretrial publicity (particularly in the counties from which the jury wheel for Lincoln, Nebraska is selected).

Many of the questions posed by the proposed supplemental questionnaire are already covered by the Court's standard supplemental questionnaire, the responses to which will be provided to counsel prior to trial. Other questions are appropriate for counsel to ask during voir dire.[1] And if

---

[1] The Court notes that the parties have represented to the Court that "the supplemental juror questionnaire will reduce the time needed for voir dire." Filing 229 at 1. The parties should be aware that the Court's usual practice is to conduct its own standard voir dire, then permit each party about 25-30 minutes to ask their own questions (subject to flexibility should the

counsel would prefer that any particular topics be broached initially by the Court during its standard voir dire, that can be discussed at the undersigned's pretrial conference, which usually occurs a few days before trial begins.

IT IS ORDERED that the parties' joint motion for supplemental juror questionnaire (filing 229) is denied.

Dated this 25th day of May, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge

---

need arise). The parties are encouraged to review the "General Observations about Criminal Jury Trials before Judge Gerrard" posted on the Court's website here. Of course, civil trials will be different in some ways, but nearly all of those observations remain applicable.