IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT BAILEY,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF BELLEVUE, NEBRASKA,<br>a political subdivision of the State of<br>Nebraska,<br><br>        Defendant. | 4:18-CV-3132<br><br>ORDER |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before July 19, 2021, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case may be dismissed without further notice.

3. The pretrial conference set for June 11, 2021 and the jury trial set for June 14, 2021 are cancelled.

4. The plaintiff's motion in limine (filing 235) and the defendant's motion in limine (filing 237) are denied as moot.

5.  The Clerk of the Court shall set a dismissal papers deadline of July 19, 2021.

Dated this 10th day of June, 2021.

                                      BY THE COURT:

                                      John M. Gerrard
                                      Chief United States District Judge

- 2 -