IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT BAILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF BELLEVUE, NEBRASKA, a political subdivision of the State of Nebraska,<br><br>    Defendant. | 4:19-CR-3132<br><br>JUDGMENT |

  On the parties' joint motion for dismissal with prejudice ([filing 268](#)), this case is dismissed with prejudice, with each party responsible for its own costs and attorney's fees and complete record waived.

  Dated this 14th day of July, 2021.

                BY THE COURT:

                _____
                John M. Gerrard
                Chief United States District Judge